FILED
2020 Apr-30  PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| EDWIN R. BANKS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 5:20-cv-0565-LCB |
| | ) |
| ALEX M. AZAR, *in his official capacity as Secretary of the U.S. Department of Health and Human Services*, | ) ) ) ) |
| | |
| Defendants. | |

## ORDER

The present case was transferred to this Court from the United States District Court for the District of Columbia on April 24, 2020. This Court conducted a telephone conference on April 30, 2020, to discuss the status of this case. Counsel for the defense did not appear. Nevertheless, the Plaintiff informed the Court that he intended to file an amended motion for summary judgment to address developments in his case since the original motion was filed and to add relevant case law from the Eleventh Circuit. The Plaintiff is hereby **ORDERED** to file his amended motion for summary judgment on or before **May 14, 2020**. The Defendant is **ORDERED** to file an answer to the complaint as well as a substantive response to the Plaintiff's motion for summary judgment on or before **May 28, 2020**. The Defendant is also **ORDERED** to serve a copy of the administrative record on or

before **May 28, 2020**.  Any reply in support of the motion for summary judgment shall be filed by **June 8, 2020.**

    **DONE** and **ORDERED** April 30, 2020.

                                                       **LILES C. BURKE**
                                                       UNITED STATES DISTRICT JUDGE