Marshall Jones
Communications Manager
Q2Administrators – AdQIC
300 Arbor Lake Drive, Suite 1350
Columbia SC 29036
October 18, 2021

Audrey Williams
Office of the General Counsel
U.S. Department of Health and Human Services
61 Forsyth Street, S.W., Suite 5M60
Atlanta GA 30303

Dear Audrey Williams:

Pulling decision letters from the Medicare Appeals System (MAS) is a manual process in which letters are pulled down/downloaded individually. This process may take a user in the range of 1-5 minutes per letter depending on the file size of the letter.

Sincerely,

Marshall Jones
Communications Manager
Q2Administrators – AdQIC

Enclosure - QIC Appeals Beneficiary Decisions.pdf

# *QIC Appeals: Beneficiary Decisions*

## For Decisisions Issued between Sep. 1, 2019 and Sep. 1, 2021

| Appeal Disposition | Procedural Decision Reason | Appeals |
|---|---|---|
| Dismissed | Withdrawn | 353 |
| | Dismissed - Total | 353 |
| Partially Favorable | Not Applicable | 963 |
| | Partially Favorable - Total | 963 |
| Unfavorable | Not Applicable | 35,422 |
| | Unfavorable - Total | 35,422 |
| | Total | 36,738 |