

**Medicare Managed Care & PACE Reconsideration Project**

*Reviewing Medicare Appeals*

Maximus Federal Services
Medicare Part C QIC
3750 Monroe Ave, Suite 702
Pittsford, New York 14534
Tel: 585-348-3300
Fax: 585-425-5292
www.medicareappeal.com

**Who We Are**

*We are Maximus Federal Services. We are experts on appeals. Medicare hired us to review the file and decide if the health plan made the correct decision.* **We work for Medicare.** *We do not work for the health plan.*

*Office of the Project Director Medicare Managed Care & PACE Reconsideration Project*

October 19, 2021

Audrey Williams
Office of the General Counsel
U.S. Department of Health and Human Services
61 Forsyth St, S.W., Suite 5M60
Atlanta, Georgia 30303

RE:   Part C QIC IRE Data September 2019-September 2021

Dear Ms. Williams:

Maximus Federal Services (Maximus) has received your request for data related to the above-referenced time period. Specifically, you asked for information concerning how many beneficiary appeals we have reviewed in this time period appeal that were not fully favorable to the appellant and were not dismissed on procedural grounds. We have gathered this data and can report that we have 189,099 appeals that meet these criteria within the time span requested. This number excludes cases that were dismissed. All of these decision letters are currently housed in the CMS-owned system of record, the Medicare Appeals System (MAS). This system would require individual downloads for each decision letter as bulk extracts from MAS are not possible. I hope this information is helpful. If you need additional information, please let me know.

Sincerely,


Katy C. Hanson, JD PMP, Director, Part C QIC
Medicare Managed Care & PACE Reconsideration Project

vQ1.1