The following table summarizes the district court rulings and appellate status of identical TTFT cases litigated by Banks's counsel:

| Case | District Court Ruling | Appellate Status |
| --- | --- | --- |
| *Prosser v. Azar*, No. 20-cv-194, 2020 WL 6266040 (E.D. Wis. Oct. 21, 2020), *aff'd sub nom.*, *Prosser v. Becerra*, 2 F.4th 708 (7th Cir. June 25, 2021) | Dismissed for lack of standing | Affirmed (en banc rehearing denied) |
| *Banks v. Azar*, No. 20-cv-565, 2021 WL 1759304 (N.D. Ala. Mar. 30, 2021), *vacated and remanded on other grounds*, ---F.App'x ---, 2021 WL 3138562 (11th Cir. July 26, 2021) | Granted the Secretary's motion for summary judgment regarding collateral estoppel | Vacated and re-manded for further factfinding |
| *Thumann v. Cochran*, No. 20-cv-125, 2021 WL 1222142 (S.D. Ohio Mar. 31, 2021) | Dismissed for lack of standing | Dismissed, No. 21-3502, 2021 WL 3909898 (6th Cir. Aug. 2, 2021) |
| *Wilmoth v. Azar*, No. 20-cv-120, 2021 WL 681118 (N.D. Miss. Feb. 22, 2021) | Dismissed for lack of standing | Dismissed, No. 21-60351, 2021 WL 5105110 (5th Cir. Aug. 5, 2021) |
| *Oxenberg v. Azar*, No. 20-cv-738 (E.D. Pa. Feb. 9, 2021) | Dismissed for lack of standing | Decision pending |
| *Komatsu v. Azar*, No. 20-cv-280, 2020 WL 5814116 (C.D. Cal. Sept. 24, 2020) | Dismissed for lack of standing | Dismissed, No. 20-56001, 2020 WL 7865597 (9th Cir. Oct. 2, 2020) |
| *Pehoviack v. Azar*, No. 20-cv-661, 2020 WL 4810961 (C.D. Cal. July 22, 2020) | Dismissed for lack of standing | Dismissed, No. 20-55841 (9th Cir. Dec. 10, 2020) |

| | | |
|---|---|---|
| *Townsend v. Cochran*, No. 20-cv-1210, 2021 WL 1165142 (S.D.N.Y. Mar. 25, 2021) | Denied motion to dismiss for lack of standing | No appeal |