FILED
2021 Nov-29 PM 12:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **EDWIN R. BANKS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:20-cv-0565-LCB |
| **ALEX AZAR,** | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW Roderic G. Steakley of the law firm of Dentons Sirote PC and gives notice of his appearance as additional counsel of record for the Plaintiff Edwin Banks. Counsel respectfully requests to receive notice and copies of any and all proceedings in the above-styled case.

*/s/ Roderic G. Steakley*
Roderic G. Steakley
DENTONS SIROTE PC
P.O. Box 18248
Huntsville, Alabama 35804-8248
Telephone: (256) 536-1711
Facsimile: (256) 518-3681
E-mail: rod.steakley@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will give notice of such filing to all counsel of record.

/s/ Roderic G. Steakley
OF COUNSEL

DOCSBHM\2375794\1