## FACTS ABOUT YOUR 2018 SOCIAL SECURITY BENEFIT STATEMENT

Your 2018 Social Security Benefit Statement is on the back of this form. Use it, along with the information below, to see if part of your Social Security benefits may be taxable.

**What You Need To Do**
Use the 2018 statement on the reverse, with the Internal Revenue Service (IRS) Notice 703 below, to see if any of your Social Security benefits are taxable. Do not return this

**Box 2–"Social Security Number"** – shows the Social Security number of the person shown in Box 1, if we have the number.

**Box 3–"Benefits Paid in 2018"** – shows the total amount

**Box 4–"Benefits Repaid to SSA in 2018"** – shows the total amount of benefits you repaid us in 2018. We show items that apply to you in the column headed "Description of Amount in Box 4."

---

## FORM SSA-1099 – SOCIAL SECURITY BENEFIT STATEMENT

**2018**
- PART OF YOUR SOCIAL SECURITY BENEFITS SHOWN IN BOX 5 MAY BE TAXABLE INCOME.
- SEE THE REVERSE FOR MORE INFORMATION.

| Box 1. Name | Box 2. Beneficiary's Social Security Number |
|---|---|
| EDWIN R BANKS | [REDACTED] |

| Box 3. Benefits Paid in 2018 | Box 4. Benefits Repaid to SSA in 2018 | Box 5. Net Benefits for 2018 (Box 3 minus Box 4) |
|---|---|---|
| [REDACTED] | NONE | [REDACTED] |

**DESCRIPTION OF AMOUNT IN BOX 3**

Medicare Part B premiums deducted from your benefits    $1,608.00
Medicare Prescription Drug Premiums (Part D) deducted from your benefits    $355.20

**DESCRIPTION OF AMOUNT IN BOX 4**

NONE

**Box 6. Voluntary Federal Income Tax Withheld**

NONE

**Box 7. Address**

BETTY BANKS FOR
EDWIN R BANKS
128 HUNINGTON CHASE DR
MADISON AL 35758-6921

**Box 8. Claim Number** (Use this number if you need to contact SSA.)

[REDACTED]

Form SSA-1099-SM (1-2019)        DO NOT RETURN THIS FORM TO SSA OR IRS

*Plaintiffs Ex #1*